UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRASSMUECK,

    Plaintiff(s),

  v.

BENSKY, et al.,

    Defendant(s).

NO. C04-2016P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Having reviewed all the pleadings, responses, declarations and exhibits related to the Motion of Third Party Dawayne Barnett for Protective Order, it is hereby ordered that the motion is DENIED.

Filed this 7th day of March, 2006.

                              BRUCE RIFKIN, Clerk

                              By    /s Mary Duett
                                        Deputy Clerk

MINUTE ORDER